RECEIVED
JUN 1 7 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNEDY K. IWUOHA<br>#A-071531139<br>VS. | CIVIL NO. 6:14-0402<br><br>JUDGE DOHERTY |
| WARDEN DAVID VIATOR, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition **is DENIED AND DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 17 day of June, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE