RECEIVED
SEP 1 9 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNEDY K. IWUOHA #A-071531139 | CIVIL NO. 6:14-0402 |
| VS. | JUDGE DOHERTY |
| WARDEN DAVID VIATOR, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition **is DENIED AND DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 19 day of September, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE